UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL DI CLEMENTE, et al.,

                          Plaintiffs,

  -against-

DEREK MAJOR,

                          Defendant.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 4545 (NGG)

     An Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on April 29, 2005, dismissing the case without prejudice for failure to prosecute; it is

     ORDERED and ADJUDGED that plaintiffs take nothing of the defendant; and that judgment is hereby entered dismissing the case without prejudice for failure to prosecute.


Dated: Brooklyn, New York
       May 02, 2005

                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court